71

1  order to recover attorney's fees. Rather, the relevant

2  standard is objective." Citing cases.

3  The question as to whether the plaintiff's

4  allegations lacked an arguable basis of law or fact -- strike

5  that. A complaint will typically be found to be frivolous

6  where "it lacks an arguable basis either in law or in fact."

7  That's 109 Supreme Court 1827. As Judge Brody noted in Solomen

8  v. Redwood_Advisory_Co., 223 F.Supp.2d 681 (E.D.Pa. 2002).

9  "The Ninth Circuit, while noting the importance of a

10  'foundation in fact or law,' held that a suit is 'frivolous is

11  the results are obvious, or the arguments are wholly without

12  merit."

13  In reviewing this matter, I note that an initial

14  motion to dismiss was survived, and I incorporate herein by

15  reference as is fully set forth the argument, as well as the

16  court's order entered on January 12, 2006, wherein, I sustained

17  the Crawford's objections to the proposed amendment. Although,

18  I found for the reasons on the record at that time that the

file:///A|/WAG-3-27.TXT

Case 1:09-cv-00299-SJM-SPB   Document 24-2   Filed 08/02/10   Page 2 of 4
Case 1:04-cv-00264-SJM   Document 50 (Court only)   Filed 04/27/06   Page 92 of 94

19   plaintiff's positions insofar as Crawford were not well-taken

20   for the reasons stated on the record, I cannot say that the

21   positions were so frivolous, unreasonable or without foundation

22   as to trigger the attorney's fees provision as articulated in

23   Christiansburg. There is, in my view, a difference between

24   arguments that are a stretch and arguments that are patently

25   frivolous. In this case the defendant Crawford deserved to be

72

1   dismissed from the case on solid legal grounds. But I do not

2   find that the plaintiff's positions were so extreme as to

3   justify the imposition of attorney's fees. And they are

4   denied.

5        Now, the next thing that has to happen here is I'm

6   going to have my deputy clerk schedule a status conference in

7   this case. But I'm just going to say this. I am not real

8   happy about this huge waste of judicial and legal time that

9   brought us here today. And, frankly, in almost 12 years on the

10   bench it's never happened and I find it regrettable.

11

file:///A|/WAG-3-27.TXT

Case 1:09-cv-00299-SJM-SPB   Document 24-2   Filed 08/02/10   Page 3 of 4
Case 1:04-cv-00264-SJM   Document 50 (Court only)   Filed 04/27/06   Page 93 of 94

12      (Whereupon, at 4:20 p.m., the proceedings were

13   concluded.)

14

15                  - - -

16

17

18

19

20

21

22

23

24

25

73

1           C E R T I F I C A T E

2

3

4

5      I, Ronald J. Bench, certify that the foregoing is a

6  correct transcript from the record of proceedings in the

7  above-entitled matter.

8

9

10

11

12  _____

13  Ronald J. Bench

14

15

16

17

18

19

20

21

22

23

24

25